```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs <u>YASIDE J. MOTLEY</u>     CASE NO. <u>3:06-mj-00099-01-JDR</u>
Defendant:  <u>X</u> Present  <u>X</u> In Custody

BEFORE THE HONORABLE:        <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:       <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:      <u>FRANK RUSSO</u>

DEFENDANT'S ATTORNEY:        <u>MJ HADEN - APPOINTED</u>

U.S.P.O.:                    <u>PAULA MCCORMICK</u>

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD JUNE 2, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:51 p.m. court convened.

<u>X</u> Copy of Complaint given to defendant: read.

<u>X</u> Defendant advised of general rights, charges, and penalties.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name:<u> Same as above.</u>

<u>X</u> Financial Affidavit filed.
 <u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Defendant detained. Detention/Preliminary Hearing set for
    **June 8, 2006 at 2:00 p.m.** before U.S. Magistrate Judge
    Terrance W. Hall

<u>X</u> Order of Temporary Detention Pending Hearing **FILED.**

<u>X</u> OTHER:<u> Court and counsel heard re plaintiff's oral motion for
a detention hearing;</u> **GRANTED.**

At 4:00 p.m. court adjourned.

DATE:    <u>June 2, 2006</u>       DEPUTY CLERK'S INITIALS:  <u>ak</u>