DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-mj-00099-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE** |
| vs. | ) | |
| | ) | |
| YASIDE J. MOTLEY and | ) | |
| TYLER C. BARTHOLOMEW, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the United States Attorney's Office, by and through

Lawrence D. Card, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

>Lawrence D. Card
>Assistant U.S. Attorney
>222 West 7th Avenue, Room 253, #9
>Anchorage, AK  99513-7567
>(907) 271-5071
>Fax: (907) 271-1500
>E-mail: larry.card@usdoj.gov
>AK Bar No. 8911061

RESPECTFULLY SUBMITTED on this <u>5th</u> of June, 2006, in Anchorage, Alaska.

>>DEBORAH M. SMITH
>>Acting United States Attorney
>>
>>s/ Lawrence D. Card
>>Assistant U.S. Attorney
>>222 West 7th Ave., #9, Rm. 253
>>Anchorage, AK 99513-7567
>>Phone: (907) 271-5071
>>Fax: (907) 271-1500
>>E-mail: larry.card@usdoj.gov
>>Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on June 5, 2006
a copy of the foregoing NOTICE OF
APPEARANCE  was served
via electronically to:

M.J Haden

T. Burke Wonnell

s/ Lawrence D. Card